IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5:11-CR-69-001 (MTT) |
| JOHN F. WILLIAMS | |

## ORDER REVOKING VOLUNTARY SURRENDER

On June 21, 2012, John F. Williams was sentenced by this Court to fourteen (14) months imprisonment after being found guilty following a jury trial. The Court allowed Williams to remain on bond until he received a designation date for service of his sentence.

For good and sufficient cause shown to the Court, IT IS ORDERED that the order granting voluntary surrender be REVOKED and the U. S. Marshals Service is hereby directed to assume immediate custody of the defendant pending designation.

SO ORDERED, this __25__ day of __June__, 2012.

_____
MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE

By: _____
Elizabeth K. Thomas
U.S. Probation Officer