**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**JOHN F. WILLIAMS** | **Case No.: 5:11-CR-69 (MTT)** |

### REQUEST FOR HEARING ON REVOCATION OF VOLUNTARY SURRENDER

**COMES NOW**, the Defendant, **JOHN F. WILLIAMS,** by and through undersigned counsel, and hereby requests a hearing on the Court's Order Revoking Voluntary Surrender filed on June 25, 2012, (Doc. 67), pursuant to the 5th and 14th Amendments of the United States Constitution.

### FACTS

1.  On June 21, 2012, Mr. Williams was permitted to voluntarily surrender to such prison facility designated by the Bureau of Prisons and until such date as designated by the Bureau of Prisons, Mr. Williams was subject to the provisions of the October 18, 2011, November 18, 2011, March 22, 2012 Orders of Conditions of Pretrial Release.  (Docs. 8, 22, and ,35).

2.  On June 25, 2012, this Court revoked the Order to Surrender without notice or an opportunity for Mr. Williams to be heard.  (Doc. 67.)

**WHEREFORE,** Mr. Williams respectfully requests that this Court conduct a hearing on the Order Revoking Voluntary Surrender to allow for Mr. Williams to assert his due process rights.

This 25th day of June, 2012.

Respectfully submitted,

Cynthia W. Roseberry, Executive Director
Federal Defender Program,
Middle District of Georgia, Inc.

S/ Christina L. Hunt
CHRISTINA L. HUNT
Senior Litigator
Federal Defender Program for the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel:  (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501

**CERTIFICATE OF SERVICE**

      I, Christina L. Hunt, hereby certify that on June 25, 2012, I electronically filed Request for Hearing on Revocation of Voluntary Surrender with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

      Respectfully submitted,

      Cynthia W. Roseberry, Executive Director
      Federal Defender Program,
      Middle District of Georgia, Inc.

      S/ Christina L. Hunt
      CHRISTINA L. HUNT
      Senior Litigator
      Federal Defender Program for the
      Middle District of Georgia, Inc.
      440 Martin Luther King, Jr. Blvd.
      Suite 400
      Macon, Georgia 31201
      Tel:  (478) 743-4747
      Fax: (478) 207-3419
      Ga. Bar No. 378501